# COMPLAINT FORM

(for non-prisoner filers without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF _____

(Full name of plaintiff(s))

Kevin Tumey Sr.

vs

(Full name of defendant(s))

Namie Bauer and Associates
Attorney Joseph Bauer
Attorney Paul Namie

**FILED**
JUN 15 2023
U.S. DISTRICT COURT
NEW ALBANY, INDIANA

Case Number:

4 : 23-cv- 0102 SEB KMB

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of __Kentucky__ and resides at
   (State)
   
   __6900 Deep Spring Court__
   (Address)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant __Joseph G. Bauer and Paul Namie__
   (Name)

Complaint – 1

is (if a person or private corporation) a citizen of __Indiana__
(State, if known)

and (if a person) resides at __9320 Kennedy Ave Highland, IN 46323__
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

1. Attorney Joseph Bauer & Paul Namic

2. I retained Attorney Joseph Bauer, to represent me on (6) Six Felonies of Intimidation, (5) five counts of Intimidation against Judges and (1) one count of Intimidation on a Police Officer. The alledged allegations was bogus. Mr. Bauer, fail beyond the scope of a attorney, client relationship. Mr. Bauer, informed my family and I, that he was going to file a motion to have my charges dismissed if during a deposition on, Indiana Civil Right commission employee Oluwatosin Atuwape, who gave misinformation, that lead to these Allegations. There was no discovery, and Mr. Bauer, they refused to file any motions on my case. Court documents support this claim.

Complaint – 2

After they was paid retainer and refused to represent me and file motions on my behalf to be released. The firm Mr. Bauer and Mr. Paul Namie, refused to return any of the retainer, because I decided not to go too trial based off how I was being represented, even though I said @ Plea hearing, I was satisfy, that is a Catch 22 question when its your freedom on the line especially when allegation turn out to be false, Mr. Namie Laughed and Hung up refusing to return any retainer and said I was a joke, when Infact these two lawyers was a joke,

3. On or about December 20-24, 2022 to March 8, 2023 when this all took place.

4. New Albany, INDIANA County of Floyd.

5. For Political and Racial reasoning and extreme pressure. No motions wasn't filed for a reason and the long false history of false arrest

C.   JURISDICTION

☐   I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐   I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.   RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

1. ~~I feel~~ I feel strongly that a suspension at the very least should take place, this was horriable representation

2. I should be award two point 5 millions dollars $2,500,000. I was subject to unjustifiable incarceration for two in a half months and lost my job in the process and the stress and humiliations my family and myself was put under. People have been award higher settlements who severed less time incarcerated falsely.

E. **JURY DEMAND**

[✓] Jury Demand – I want a jury to hear my case

OR

[ ] Court Trial – I want a judge to hear my case

Dated this __8__ day of __June__ 20__23__.

Respectfully Submitted,

___Kevin Tumey Sr.___
Signature of Plaintiff

___502-435-4590___
Plaintiff's Telephone Number

___ktumey51@gmail.com___
Plaintiff's Email Address

___6900 Deep Spring Court___
___Louisville, Kentucky___
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

[✓] I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

[ ] I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.