UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| KEVIN TUMEY, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:23-cv-00102-SEB-KMB |
| | ) | |
| NAMIE BAUER AND ASSOCIATES, | ) | |
| JOSEPH BAUER Attorney, | ) | |
| PAUL NAMIE Attorney, | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

The court having this day made its Entry directing the entry of final judgment, this action is **dismissed without prejudice**. Plaintiff shall take nothing by his complaint and this action is terminated.

IT IS SO ORDERED.

Date:
_____
4/3/2024

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

KEVIN TUMEY, SR.
6900 Deep Spring Court
Louisville, KY 40228-1605